```
                                        CLERK'S OFFICE U.S. DIST. COURT
                                             AT ROANOKE, VA
                                                  FILED
         IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA    APR 11 2006

                    ROANOKE DIVISION            JOHN F. CORCORAN, CLERK
                                                BY:    /s/ J. Craft
                                                      DEPUTY CLERK
```

BENJAMIN H. JONES,              )
                                )
    Plaintiff,                 )    Civil Action No. 7:06-cv-00204
                                )
v.                              )    <u>FINAL ORDER</u>
                                )
NURSE HARLESS,                  )
RED ONION STATE HOSPITAL,       )    By: Hon. James C. Turk
                                )    Senior United States District Judge
    Defendants.                )

In accordance with the memorandum opinion entered this day, it is hereby

## ORDERED

that plaintiff is hereby **DENIED** the opportunity to proceed <u>in forma pauperis</u>, the action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g), and is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to and to counsel of record for the defendants, if known.

ENTER: This 10th day of April, 2006.

                             /s/ James C. Turk
                        Senior United States District Judge